IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

JUN 14 2012

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 1:12-cr-00255 |
| | ) | |
| v. | ) | Count 1: 21 U.S.C. §§ 841(a)(1) and 846 |
| | ) | (Conspiracy to distribute five (5) kilograms |
| CONCEPCION BENITEZ-PINEDA, | ) | or more of cocaine) |
| also known as "Conchi" and "Concha," and | ) | |
| | ) | Forfeiture: 21 U.S.C. § 853 |
| ALEX OMAR MEJIA MORENO, | ) | |
| also known as "Gordito," | ) | |
| | ) | |
| Defendants. | ) | |

INDICTMENT

June 2012 Term - at Alexandria, Virginia

COUNT ONE

THE GRAND JURY CHARGES THAT:

Between in and around 2010 and in and around May 2012, the exact dates being unknown to the Grand Jury, within the Eastern District of Virginia and elsewhere, the defendants, CONCEPCION BENITEZ-PINEDA, also known as "Conchi" and "Concha," and ALEX OMAR MEJIA MORENO, also known as "Gordito," did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with others, both known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846.)

## FORFEITURE

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, the defendants, CONCEPCION BENITEZ-PINEDA, also known as "Conchi" and "Concha," and ALEX OMAR MEJIA MORENO, also known as "Gordito," are hereby notified that:

1. Each defendant, if convicted of the drug conspiracy violation charged in this Indictment, shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation, including, but not limited to any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, including, but not limited to, the following specific property:

    a. A money judgment of at least $140,000, representing an amount of proceeds derived by the conspiracy charged in this Indictment; and

    b. Approximately $8,370 in United States currency seized by law enforcement from the Arlington, Virginia, residence of Concepcion Benitez-Pineda on or about May 10, 2012.

2. Pursuant to Title 21, United States Code, Section 853(p), each defendant, if convicted of the drug conspiracy violation charged in this Indictment, shall forfeit substitute property, up to the value of the amount described in paragraph 1, above, if, by any act or omission of the defendant, the property or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty. This property includes, but is not limited to, the following specific property:

    a.    All funds held in the name Concepcion Benitez-Pineda at Wells Fargo bank / Wachovia bank, including but not limited to:

        i.    Account no. 1010061791541; and

        ii.    Account no. 8431406332;

    b.    All funds held in the name Concepcion Benitez-Pineda at BB&T bank, including but not limited to Account no. 0000151210074; and

    c.    All funds held in the name Concepcion Benitez-Pineda at First Union National Bank.

(Pursuant to Title 21, United States Code, Section 853)

A TRUE BILL

*Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.*

_____

Foreperson

NEIL H. MACBRIDE
United States Attorney

By: _____
SEAN P. TONOLLI
Assistant United States Attorney
SCOTT B. NUSSBUM
EMILY M. LOEB
Special Assistant United States Attorneys

3